# United States District Court
# Western District of North Carolina
# Statesville Division

| David Meyers, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 5:23-cv-00108-GCM |
| vs. | ) | |
| FNU Honeycutt et al. | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2023 Order.

August 15, 2023

Katherine Hord Simon, Clerk
United States District Court